# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Thomas John Hadden**<br>&<br>**Kelly Lyn Hadden aka Kelly Lyn Strackbein**<br>Debtors | BK NO. 18-04482 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL and index same on the master mailing list.

                  Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322